UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HARVEY L. PHYNON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:04-CV-0012-G |
| DOUGLAS DRETKE, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

Is is, therefore, **ORDERED** that the findings, conclusions and recommendation of the Magistrate Judge are **ADOPTED**.

October 26, 2005.

_____
A. JOE FISH
CHIEF JUDGE